*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

| | |
|---|---|
| In Re: Commonwealth of PA, Department of Labor and Industry, Office of Unemployment Compensation Benefits Policy | Chapter: 7 |
| Plaintiff | |
| v. | Bankruptcy No. 16–11650–amc |
| Barry M. Pearl | |
| Defendant | Adversary No. 16–00180–amc |

___

## *ORDER*

AND NOW, this, 7/20/16 ,it appearing that the Plaintiff commenced an adversary proceeding on 6/2/16 ,

And a summons was issued directing that any answer or responsive pleading be filed on or before ,

And if proper service has been made and there has been no answer or responsive pleading filed, it is hereby

ORDERED that the Plaintiff shall take the appropriate action to prosecute this proceeding (e.g. a motion under Bankruptcy Rule 7055) within 14 days of the date of this order. Upon failure to prosecute this proceeding, this adversary proceeding *may be dismissed for lack of prosecution* without further notice or opportunity for a hearing.

For The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

3
Form 144